# Court of Appeals
# of the State of Georgia

ATLANTA,  July 19, 2012

*The Court of Appeals hereby passes the following order:*

**A12I0202.  LIBERTY MUTUAL INSURANCE COMPANY, ET AL. v. JOSHUA HUFF.**

**A12I0207.  MEADOWS & MACIE, P.C. ET AL. v. JOSHUA E. HUFF.**

**A12I0208.  RHONDA RANAE JONES v. JOSHUA E. HUFF.**

Liberty Mutual Insurance Company, Meadows & Macie, P. C., Bonnie Baker, and Rhonda Ranae Jones filed applications for interlocutory review of the trial court's order denying their motions for summary judgment.  We dismissed the applications on May 2, 2012, and the applicants timely filed motions for reconsideration.

Upon review of the motions for reconsideration, said motions are hereby *GRANTED*; this Court's prior order dismissing the applications is *VACATED*; and the applications are *REINSTATED* and *GRANTED*.  The applicants shall have ten days from the date of this order to file a notice of appeal with the superior court.  If, however, they have already filed a notice of appeal, they need not file a second notice. The clerk of the superior court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,* 07/19/2012
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*